```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARMEN TAVAREZ-VARGAS,

                                 Plaintiff,                        21-CV-09879 (PGG)(SN)

        -against-                                      **ORDER**

C&H CLUBS USA, INC.,

                                 Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 13, 2022, Plaintiff filed an affidavit of service on Defendant C&H Clubs USA, Inc. As of today, Defendant has not filed a notice of appearance, responsive pleading, or any other motion. No later than February 22, 2022, Plaintiff shall file a letter informing the Court whether Plaintiff has been in contact with Defendant or made any efforts to confirm receipt of service. The letter should also state whether Plaintiff intends to move for default judgment.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      New York, New York
                 February 14, 2022