UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARMEN TAVAREZ-VARGAS,

                              Plaintiff,                      21-CV-09879 (PGG)(SN)

                -against-                           **ORDER**

C&H CLUBS USA, INC.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On February 14, 2022, the Court ordered Plaintiff to file a letter no later than February 22, 2022, updating the Court on her efforts to communicate with Defendant and her plans to file for default judgment. ECF No. 7. On February 22, 2022, Plaintiff filed a letter requesting an extension of 30 days to file for default judgment. ECF No. 8. The Court subsequently granted the extension. ECF No. 9. As of the issuance of this order, Defendant has not appeared and Plaintiff has not moved for default judgment. Plaintiff is ordered to file her motion for default judgment by no later than April 13, 2022, or the Court will recommend that the case be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               April 5, 2022