```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CARMEN TAVAREZ-VARGAS,

                Plaintiff,   21-CV-09879 (PGG)(SN)

    -against-   **ORDER**

C&H CLUBS USA, INC.,

                Defendant.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On May 31, 2022, the Court ordered the parties to file a stipulation of voluntary dismissal by June 23, 2022. In the alternative, the Court ordered Defendant to file its answer. As of the issuance of this order, the parties have not filed a stipulation of dismissal, and Defendant has not filed its answer. By July 6, 2022, either the parties shall file their stipulation of dismissal or Defendant shall file its answer. If the parties fail to respond, the Court will recommend that the case be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:   New York, New York
              June 30, 2022